IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

DEC 30 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

v.

SCOTT DOUGLAS BORN,

Defendant.

Criminal No. 1:20cr99

Violations: 18 U.S.C. § 2243(b)

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

### (Sexual Abuse of a Ward)

From on or about September 1, 2018, to on or about January 31, 2019, in Preston County, in the Northern District of West Virginia, the defendant, **SCOTT DOUGLAS BORN**, did knowingly engage in a sexual act, to wit: did have contact between his penis and the mouth of A.W., an inmate in the custody of the Attorney General and in official detention at the Secure Female Facility at Federal Correctional Complex Hazelton, a Federal prison, and who was at that time under the custodial, supervisory, and disciplinary authority of **SCOTT DOUGLAS BORN**, in that **SCOTT DOUGLAS BORN** was a correctional officer employed by the United States Department of Justice, Federal Bureau of Prison, working at Federal Correctional Complex Hazelton and assigned to the Secure Female Facility, in violation of Title 18, United States Code, Section 2243(b).

WILLIAM J. POWELL
United States Attorney

Brandon S. Flower
Assistant United States Attorney